UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**
**FILED**
FEB 20 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| ROBERTO J. OSBORNE, | ) 4:20CR128 HEA/NAB |
| Defendant. | ) |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about August 7, 2019, in St. Louis County, within the Eastern District of Missouri,

**ROBERTO J. OSBORNE,**

the Defendant herein, did knowingly possess a firearm; to wit, a rifle with a barrel length of less than eighteen inches that was not registered to defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney